# CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL

## TO THE COURT OF APPEALS (CIVIL CASES)

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/24/2015 11:43:45 AM
CATHY S. LUSK
Clerk

APPELLATE NO. _____

(To be filled in by COA)

TRIAL COURT NO. _____12,827_____

CONSOLIDATED PROPERTY
INTERESTS, LLC
(Appellant)

\*

IN THE _273RD_____ COURT

VS.

\*

OF_____

JERRY PAYNE AND
PENNY PAYNE
(Appellee)

\*

SABINE_____ COUNTY, TX

**The records of my office reflect the following information in this case:**

CASE TYPE: _____DECLARATORY JUDGMENT_____

DATE JUDGMENT OR APPEALABLE ORDER SIGNED: _MARCH 13, 2015_____

DATE MOTION FOR NEW_____

DATE NOTICE OF APPEAL FILED: _____APRIL 22, 2015_____

DATE REQUEST FOR FINDINGS OF FACT FILED: _____APRIL 16, 2015_____

DATE REQUEST FOR REPORTER_____

PRESIDING TRIAL COURT JUDGE: _____CHARLES R. MITCHELL_____

TRIAL COURT REPORTER(S): _____JULIE LAMBERT_____

WAS APPELLANT DECLARED INDIGENT?: _____    __X__
                                      YES           NO

APPELLANT'S COUNSEL IS:Retained__X_____    Appointed_____    Pro Se_____

APPELLANT'S ATTORNEY: _____GREG SMITH_____

ADDRESS: 100 E. FERGUSON, SUITE 500

TYLER, TEXAS 75702

TELEPHONE: 903-597-3301    FAX: 903-597-2413

EMAIL ADDRESS: gsmith@rameyflock.com

STATE BAR CARD NO.: 18600600


APPELLEE'S ATTORNEY: JOHN H. SEALE

ADDRESS: P O BOX 480

JASPER, TEXAS 75951

TELEPHONE: 409-384-3463    FAX: 409-384-3017

EMAIL ADDRESS: katiecmorgan@yahoo.com

STATE BAR CARD NO.: 17946000


DATED THIS 24th DAY OF APRIL , 20 15 .

*Lanya Walker*

CLERK

BY: _____

DEPUTY CLERK


(Complete in duplicate - Original to 12th Court of Appeals/Trial Court)

1517 W. Front Street, Suite 354, Tyler, TX 75702; www.12thcoa.courts.state.tx.us

IN THE DISTRICT COURT OF SABINE COUNTY

FILED
AT 2:55 O'CLOCK P M
APR 22 2015
TANYA WALKER, Clerk District Court
Sabine County, Texas
By_____

STATE OF TEXAS

| | | |
|---|---|---|
| CONSOLIDATED PROPERTY INTERESTS, LLC | § § § | |
| V. | § | CAUSE NO. 12,827 |
| | § | |
| JERRY PAYNE AND PENNY PAYNE | § § | |

---

NOTICE OF APPEAL

---

Plaintiff Consolidated Property Interests, LLC intends to appeal (1) the March 13, 2015 Judgment in this case, and (2) any related, subsidiary, or subsequent ruling or order. This appeal is to the Twelfth Court of Appeals in Tyler, Texas.

Respectfully submitted,

**RAMEY & FLOCK, P.C.**
100 E. Ferguson, Suite 500
Tyler, Texas 75702
903-597-3301
903-597-2413 – Fax

**GREG SMITH**
State Bar No. 18600600
gsmith@rameyflock.com

**BRENT L. WATKINS**
State Bar No. 24033312
**SKELTON SLUSHER BARNHILL**
**WATKINS WELLS, PLLC**
1616 S. Chestnut
Lufkin, TX 75902-1728
Telephone: (936) 632-2300
Facsimile:  (936) 632-6545

*Attorneys for Plaintiff*

Plaintiff's Notice of Appeal                                                                 Page 1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has

forwarded to the following counsel of record by facsimile on this the 20th day of April, 2015:

**Via Fax 409-384-3017**
Mr. John H. Seale
SEALE STOVER & BISBEY
P. O. Box 480
Jasper, TX 75951

GREG SMITH